**Order entered September 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00362-CR
No. 05-18-00363-CR
No. 05-18-00364-CR

**JOHN F. SEAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-44837-P, F17-44838-P & F17-44846-P**

## ORDER

Before the Court is appellant's September 26, 2018 pro se motion to dismiss appellant's attorney. In his motion, appellant indicates that he desires to dismiss his attorney, Bruce Anton, and represent himself in his appeals. He requests an abatement so that the trial court may make the necessary inquiries and advise him about the dangers and disadvantages of self-representation. We **GRANT** appellant's motion.

We **ORDER** the trial court to conduct a hearing regarding whether appellant should be allowed to represent himself on these appeals. In connection with this inquiry, the trial court shall determine: (1) whether appellant desires to dismiss appointed counsel and represent himself pro se on appeal; (2) whether appellant's waiver of appointed counsel is made competently,

voluntarily, knowingly, and intelligently; (3) whether appellant is fully aware of the dangers and disadvantages of self-representation on appeal, and if not, to inform him of the dangers and disadvantages of self-representation; (4) whether appellant is capable of representing himself in a manner that will not harm the interests of himself or the State; and (5) whether appellant's self-representation can be accomplished without obstructing the orderly procedure of the Court or interfering with the fair administration of justice.

We **ORDER** the trial court to prepare findings of fact and conclusions of law detailing its determinations.

We **ORDER** the trial court to transmit a record of the proceedings, including its written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated when the findings are received or at such other time as the Court deems appropriate.

/s/      LANA MYERS
           JUSTICE